IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONALD LARSON                                    :
                                                 :    CIVIL ACTION NO. 02-CV-3981
                    Plaintiff,                   :
                                                 :
          v.                                     :
                                                 :
BAYER CORPORATION;                               :    ENTRY OF APPEARANCE
BAYER AG;                                        :
GLAXOSMITHKLINE, PLC;                            :
GLAXOSMITHKLINE;                                 :
SMITHKLINE BEECHAM                               :
                                                 :
                    Defendants.                  :

## ENTRY OF APPEARANCE

To the Clerk of the Court:

Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T.

Conn and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a

GlaxoSmithKline.

Respectfully Submitted,


_____          _____
Hope S. Freiwald                          Aline Fairweather



_____          _____
Alison T. Conn                            Kirstin J. Miller



Dated:  August 19, 2002                   DECHERT PRICE & RHOADS
                                          4000 Bell Atlantic Tower
                                          1717 Arch Street
                                          Philadelphia, PA  19103-2793
                                          (215) 994-4000