IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONALD LARSON                         :
                                      :     CIVIL ACTION NO. 02-CV-3981
            Plaintiff,                :
                                      :
     v.                               :
                                      :
BAYER CORPORATION;                    :     ENTRY OF APPEARANCE
BAYER AG;                             :
GLAXOSMITHKLINE, PLC;                 :
GLAXOSMITHKLINE;                      :
SMITHKLINE BEECHAM                    :
                                      :
            Defendants.               :

## ENTRY OF APPEARANCE

To the Clerk of the Court:

        Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T.

Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,


_____          _____
Hope S. Freiwald                          Aline Fairweather


_____          _____
Alison T. Conn                            Kirstin J. Miller



Dated:  August 19, 2002                   DECHERT PRICE & RHOADS
                                          4000 Bell Atlantic Tower
                                          1717 Arch Street
                                          Philadelphia, PA  19103-2793
                                          (215) 994-4000